DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IMELDA DIAZ** and **MICHAEL ANTHONY DIAZ,**
Appellants,

v.

**MEADOWBROOK WPB MHC, LLC,**
Appellee.

No. 4D2025-1668

[May 14, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Santo DiGangi, Judge; L.T. Case No. 502024CC006433XXXAMB.

Alterraon Phillips of APLaw, LLC, West Palm Beach, for appellants.

Shawn D. Arbeiter and Suzanne M. McLean of Hinden McLean & Arbeiter, P.A., Davie, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***